Sale Date: June 7th, 2013
Time: 11:00 A.M.
Court Hearing: July 23rd, 2013
Time: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 7

**CHRISTIANE GLENN** and                                       Case No. 09-23729 (RDD)
**JAMES GLENN**,
                                Debtors.
------------------------------------------------------------X

## NOTICE OF INTENDED SALE

**PLEASE TAKE NOTICE**, that the abovenamed debtors are in Chapter 7 under the Bankruptcy Code, which case was assigned to the Hon. Robert D. Drain, and Jeffrey L. Sapir, Esq. is the appointed trustee herein.

**PLEASE TAKE NOTICE**, that the undersigned trustee will sell on June 7th, 2013 at 11:00 A.M., at the offices of Jeffrey L. Sapir, Chapter 7 Trustee, 399 Knollwood Road, White Plains, New York, Suite 102, all the trustee's right, title and interest, in any, in and to the following property:

1) **"A New Year on Broadway" Mural (50/50 DX, 82.5' x 32")**;
2) **"The Flinstones Break Rock Vegas" (2D; AP 14/50), signed by Bill Hanna and Joe Barbera; and**
3) **"The Jetsons Take Las Venus" (2D; AP 14/50) signed by Bill Hanna and Joe Barbera.**

An offer has been made by Gary G. Staub in the sum of $1,500.00.

Any person desiring further information or particulars, may contact the trustee at 399 Knollwood Road, White Plains, New York 10603, or at telephone number 914-328-7272.

The trustee would also entertain alternate offers to purchase said asset.

The trustee reserves the right to reject any and all bids received.

Terms: Payment on Delivery by Certified Check, Bank Check or Money Order.

**THIS NOTICE IS GIVEN** to permit parties in interest to object to the intended sale. Unless a party in interest files a written objection with, and requests a hearing of the Unites States Bankruptcy Court, 300 Quarropas Street, White Plains, New York, on or

before June 3rd, 2013 at 5:00pm, the intended sale as described in this notice will go forward.

**OBJECTIONS** and requests for a hearing must be sent to the Hon. Robert D. Drain, United States Bankruptcy Judge, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, New York; to Jeffrey L. Sapir, Esq., Trustee, at 399 Knollwood Road, White Plains, New York, 10603; and to the Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004.

**IN THE EVENT OBJECTIONS ARE FILED** there will be a hearing held at the United States Bankruptcy Court, 300 Quarropas Street Room 118, White Plains, New York, on July 23rd, 2013 at 10:00 A.M.

Dated: White Plains, New York
May 2, 2013

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 7 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Tel. 914-328-7272**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X        Chapter 7

In re:                                                                              Case No. 09-23729 (RDD)

CHRISTIANE GLENN and
JAMES GLENN,

                Debtors.                                               **AFFIDAVIT OF MAILING**
-----------------------------------------------------------X

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK)
COUNTY OF WESTCHESTER) SS.:

        DEBRA A. SAPIR, being duly sworn, deposes and says:

        That, I am not a party to the action and am over 18 years of age and reside in New York, New York.

        On May 2, 2013, I served a true copy of the within document, at the following address designated for that purpose, by mailing same in a sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to all parties per the annexed listing.

                            /s/ Debra A. Sapir
                            DEBRA A. SAPIR

Sworn to before me this
2nd day of May, 2013.
/s/ Jeffrey L. Sapir, Esq.
   Jeffrey L. Sapir, Esq.
 Notary Public, State of New York
     No. 02SA8764500
   Qualified in Rockland County
Terms Expires: December 31, 2014


TO:   Christiane and James Glenn        Gary G. Staab
        16 Quintard Drive                    2 Hawthorne Street South
        Port Chester, NY 10573            Greenwich CT 06831

        Todd S. Cushner, Esq.            Office of US Trustee
        Garvey Tirelli & Cushner Ltd.     33 Whitehall Street, 21st Floor
        5o Main Street, Suite 390         New York, NY 10007
        White Plains, NY 10606

Richard O'Boyle
9 Hawthorne St.
Rutherford, NJ 07070

New York State Tax Commission,
Bankruptcy/Special Proc. Section
P.O. Box 5300
Albany, NY 12205-0300

N.Y. State Unemployment
Insurance Fund
P.O. Box 551
Albany, NY 12201-0551

Bank Of America
PO Box 25118
Tampa Fl 33622-5118

Bg Lenders Service
PO Box 994
Glend Falls, NY 12801-0994

Bloomingdales
9110 Duke Blvd
Mason, Ohio 45040

Cbvh Inc .
PO Box 831
Newburgh, NY 12551-0831

Citibank Cards
PO Box 183042
Columbus, Oh 43218-3042

Citizens Auto Finance
PO Box 42002
Providence Ri 02940-2002

Engineering Ventures
208 Flynn Ave
Burlington, Vt 05401-5429

Gemb Lending
PO Box 51826
Los Angeles, Ca 90051-6126

Home Depot
Proc Center
Des Moines, IA 50364-0001

HSBC Commercial Services
C/o Anthony Dipaolo, PC
235-07 Braddock Ave
Queens Village, Ny 11428-1439

Little & O'Connor
19 W Notre Dame St
PO Box 898
Glens Falls, NY 12801-0898

M&t Bank
PO Box 62146
Baltimore, Md 21264-2146

NBT BANK NA
52 South Broad St
Norwich NY 13815-1699

NY Times
PO Box 371456
Pittsburgh, Pa 15250-7456

NYS Child Support
100 East First St
Mt Vernon, Ny 10550-3406

Puzzle Buzz
PO Box 4002862
Des Moines, IA 50340-2862

True North List LLC
755 Main Street, Bldg 2
Monroe, Ct 06468-2843

Walter Lake
24 Dockside Lane
Key Largo, Fl 33037-5267

Washington Mutual
1301 Second Avenue
Seattle, Wa 98101-2005

American Express
PO Box 2855
New York, NY 10116-2855

Bank Of America
PO Box 25118
Tampa Fl 33622-5118

Bank Of America
PO Box 15019
Wilmington, De 19886-5019

Barclay Bank
Po Box 13337
Philadelphia, Pa 19101-3337

Chase Bank Credit Line
PO Box 260180
Baton Rouge , La 70826-0180

GE Money Bank
Po Box 960061
Orlando Fl 32896-0061

Hsbc Bank Usa
PO Box 5253
Carol Stream, Il 60197-5253

HSBC Retail Services
Po Box 17602
Baltimore, Md 21297-1602

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase
PO Box 660022
Dallas, Tx 75266-0022

Juniper Visa
PO Box 13337
Philadelphia, Pa 19101-3337

Victoria Secret
PO Box 182128
Columbus, Oh 43218-2128

Deutsche Bank National Trust Company
 as Trustee, c/o Shapiro & DiCaro, LLP
250 Mile Crossing Blvd, Suite 1
Rochester, NY 14624-6242

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Candica  L.L.C.
C/O Weinstein and Riley PS
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

HSBC Bank Nevada, N.A
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. #200
Tucson, AZ 85712-1083

PYOD LLC its successors & assigns as
assignee of Citibank,
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

IRS
PO Box 21126
Philadelphia, PA 19114-0326

US Attorney's Office
86 Chambers Street, 3rd Fl
New York, NY 10007

Gary G. Staub LLC
2 Williams Street Suite 304
White Plains, NY 10603